THE CUMBERLAND TRUST COMPANY, complainant,

*v.*

B. S. AYARS & SONS COMPANY et al., defendants.

[Argued June 18th, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *83 N. J. Eq. 479*.

*Mr. Waller H. Bacon,* for the appellants.

*Mr. David O. Watkins,* for the respondent J. E. Tygert Co.

PER CURIAM.

The questions arising on this appeal are disposed of in the opinion of this court on the appeal of Cumberland Trust Co., decided at the present term, and the disposition of this appeal will be the same as of the other.

*For affirmance*—GARRISON, SWAYZE, PARKER, BERGEN, MIN-TURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.